UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

J.A.A.J.,

Petitioner,

v.

HERNANDEZ,

Respondents.

CASE NO. 26-cv-04038-JHC

ORDER TO SHOW CAUSE

This matter comes before the Court sua sponte. Petitioner lists as Respondents the Seattle Field Office Director of Immigration and Customs Enforcement (ICE) and Removal Operations, ICE's Acting Director, United States Citizenship & Immigration Services, the Secretary of the Department of Homeland Security (DHS), DHS, and the Acting Attorney General. "[H]abeas petitioners challenging their present physical confinement [must] name their immediate custodian, the warden of the facility where they are detained, as the respondent to their petition." *Doe v. Garland*, 109 F.4th 1188, 1197 (9th Cir. 2024); *see also Rumsfeld v. Padilla*, 542 U.S. 426, 439 (2004); *Rivera-Trigueros v. Becerra*, 720 F. Supp. 3d 808, 811–813 (N.D. Cal. 2024); *cf. Sarr v. Scott*, 765 F. Supp. 3d 1095 (W.D. Wash. 2025) (moving to substitute "Bruce Scott" the warden of Northwest Immigration Processing Center (NWIPC) as Respondent). If a petitioner fails to do so, the district court lacks jurisdiction over the petition.

*Doe*, 109 F.4th at 1197. For this matter to proceed, Petitioner's current custodian—such as the warden of the NWIPC—must be named as one of the respondents. Otherwise, the Court has no jurisdiction to review the petition.

Accordingly, the Court ORDERS Petitioner to show cause why their current petition should not be dismissed without prejudice for failing to name the proper respondent(s) or, in the alternative, grants Petitioner leave to amend their petition in name and serve the proper respondent(s). The Court provides Petitioner until November 9, 2026 to respond though Petitioner may respond sooner. If no response is received by such date, the Court will dismiss the Petition without prejudice. If Petitioner files an amended Petition or other response naming a proper respondent, any return to the amended petition must be filed within 14 days thereafter, and Petitioner may file a reply no later than 5 days after Respondents file their return.

Separately, this case was transferred from the District of Oregon. *See* Dkt. # 7. The Clerk of the Court informed the parties that if a motion is pending or undecided at the time of transfer, the moving party must refile the motion in this Court and note it for consideration on the Court's calendar in accordance with LCR 7(d). See Dkt. # 8. A Petition for Writ of Habeas Corpus is not a motion nor is it typically filed with a noting date. *See* LCR 100. Still, the Court ORDERS Petitioner to refile the originally filed Petition or an amended Petition as described above by November 9, 2026.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

//

//

Dated this 26th day of October, 2026.

John H. Chun
United States District Judge